ANNE MALONE, ADMINISTRATRIX, ETC., RESPONDENT, *v.* HENRY B. HATHAWAY, APPELLANT.

THIS case had been before this court upon a previous appeal, in which an opinion had been written by TALCOTT, J. On this appeal the court was of opinion that the court below had given effect to the views expressed by this court upon such former appeal, and affirmed the judgment.

*H. R. Selden* and *J. C. Cochrane*, for the appellant.

*James Breck Perkins*, for the respondent.

Opinions by MULLIN, P. J., and SMITH, J.

Present — MULLIN, P. J., SMITH and TALCOTT, JJ.

SMITH, J., dissented.